# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IQAR INC. F/K/A INVENTLY AUTOMOTIVE, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br>　　　　Defendant. | Case No. 1:23-cv-00694-DII<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff iQar Inc. f/k/a Invently Automotive, Inc. ("iQar" or "Plaintiff") files this Unopposed Motion to Withdraw Kristina DiBenedetto McKenna as counsel of record.

iQar requests that Kristina DiBenedetto McKenna be allowed to withdraw as counsel. The withdrawal of Kristina DiBenedetto McKenna will not delay this proceeding and no prejudice will result to any party. As of November 10, 2023, Kristina DiBenedetto McKenna will no longer be employed at Orrick, Herrington & Sutcliffe LLP, and will not continue to represent iQar in this matter. iQar continues to be represented by Bas de Blank, Jason K. Yu, and Harrison Geron of Orrick, Herrington & Sutcliffe LLP, as well as Craig D. Cherry, Mark D. Siegmund, and Melissa Samano Ruiz of Cherry Johnson Siegmund James, PLLC.

Defendant Tesla, Inc. is unopposed to this motion.

iQar respectfully requests that the Court enter an order permitting this withdrawal and that the Clerk remove Kristina DiBenedetto McKenna's name from the list of persons authorized to receive electronic notices in this matter.

Dated:  November 8, 2023						Respectfully submitted,

							By: */s/ Mark D. Siegmund*

							Mark D. Siegmund
							State Bar No. 24117055
							**CHERRY JOHNSON SIEGMUND JAMES PLLC**
							The Roosevelt Tower
							400 Austin Avenue, 9th Floor
							Waco, Texas   76701
							Telephone:  (254) 732-2242
							Facsimile:   (866) 627-3509
							msiegmund@cjsjlaw.com

							*Attorney for Plaintiff iQar Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with Defendant's counsel by email regarding this motion and Defendant has agreed to the relief sought in this motion.

							*/s/  Kristina McKenna*
							Kristina McKenna

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court ECF filing system to all counsel of record on this 8th day of November 2023.

							*/s/ Mark D. Siegmund*
							Mark D. Siegmund